UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| MANUEL JONAEL QUINONEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 4:16-CV-29-HSM-CHS |
| ) | |
| BEDFORD COUNTY SHERIFF'S ) | |
| DEPARTMENT, SHERIFF AUSTIN ) | |
| SWING, and CAPTAIN TIM IOKY, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM and ORDER

On April 12, 2016, the Court entered an order in this pro se prisoner's civil rights action pursuant to 42 U.S.C. §1983, informing him that he had failed to sign his complaint in compliance with the requirements of Rule 11(a) of the Federal Rules of Civil Procedure [Doc. 5].

The Court forewarned Plaintiff that, unless within fourteen (14) days from that date, he signed the complaint and returned it to the Court, his pleading would be stricken from the record [*Id*. p.2]. The Court also advised Plaintiff that if the complaint were stricken from the record, there would be no issues remaining for resolution and that, therefore, his case would be dismissed [*Id*.]. More than fourteen days have passed since entry of that order, and Plaintiff has failed to sign his complaint or otherwise respond to the order.

Accordingly, the Clerk is **DIRECTED** to strike the complaint. Since the jurisdiction of federal courts is limited to "cases and controversies," U.S. CONST. art. III, § 2, cl.1, there is nothing further for the Court to do in this action. Therefore, this suit will be **DISMISSED**.

**AN APPROPRIATE JUDGMENT ORDER WILL ENTER**.

   /s/ Harry S. Mattice, Jr.
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE